UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bria Miller and Jordan Judt,
on behalf of themselves and a class
of all others similarly situated,

       Plaintiffs,

v.              24-cv-1323 (ECT/JFD)

Target Corporation,

       Defendant.

_____

Selina Hill-Horse,
individually and on behalf
of all others similarly situated,

       Plaintiff,

v.              24-cv-2197 (ECT/JFD)

Target Corporation and
Target Brands, Inc.,

       Defendants.

_____

Lucinda O'Dea,
individually and on behalf
of all others similarly situated,

       Plaintiff,

v.              24-cv-4095 (ECT/JFD)

Target Corporation,

       Defendant.

_____

Grace Navarro,
individually and on behalf
of all others similarly situated,

       Plaintiff,

v.                25-cv-1243 (JWB/ECW)

Target Corporation,

       Defendant.

_____

## ORDER OF DIRECTION TO THE CLERK OF COURT
## FOR REASSIGNMENT OF RELATED CASE

Case Nos. 24-cv-1323, 24-cv-2197 and 24-cv-4095 having been assigned to Judge Eric C. Tostrud and Magistrate Judge John F. Docherty and Case No. 25-cv-1243 (JWB/ECW) having later been assigned to Judge Jerry W. Blackwell and Magistrate Judge Elizabeth Cowan Wright and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 25-cv-1243 (JWB/ECW) be assigned to Judge Eric C. Tostrud and Magistrate Judge John F. Docherty, *nunc pro tunc,* by use of a space on the appropriate list of the automated case assignment system. The Clerk of Court is directed to reuse a card on the same list pursuant to the Court's Assignment of Cases Order signed July 19, 2021.

3

**IT IS FINALLY ORDERED** that a copy of this Order shall be filed in each of the above respective files.


Dated:  April 15, 2025                           s/ Eric C. Tostrud
                                                 Eric C. Tostrud
                                                 United States District Judge


Dated:  April 17, 2025                           s/ Jerry W. Blackwell
                                                 Jerry M. Blackwell
                                                 United States District Judge