# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| BRIA MILLER and JORDAN JUDT, on behalf of themselves and a class of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No. 0:24-cv-01323-ECT-JFD |
| SELINA HILL-HORSE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Target Corporation and Target Brands, Inc.,<br><br>Defendants. | Case No. 0:24-cv-02197-ECT-JFD |
| LUCINDA O'DEA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No. 0:24-cv-04095-ECT-JFD |

| | |
|---|---|
| GRACE NAVARRO, individually on behalf of herself, and all others similarly situated, and the general public<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No. 0:25-cv-01243-JWB-ECW |

## ORDER GRANTING CONSOLIDATION

Having considered (1) Plaintiffs' Unopposed Motion for Consolidation; (2) the Memorandum in support thereof; and (3) all other pleadings and arguments submitted to this Court; and for good cause shown, **IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. The above-captioned actions are hereby **CONSOLIDATED** pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

3. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any subsequently filed, removed, or transferred actions that are related to and arise out of the subject matter of the above-captioned actions are **CONSOLIDATED** for all purposes with the *Miller* Action under Case No. 0:24-cv-01323-ECT-JFD (the "Consolidated Action").

4. Every pleading filed in the Consolidated Action shall bear the following caption:

| | |
|---|---|
| IN RE TARGET CORPORATION BPO SALES AND MARKETING LIIGATION | Case No. 0:24-cv-01323-ECT-JFD |

5. Unless otherwise ordered by this Court, future filings in any related class action case herein consolidated shall be filed and docketed only in the Consolidated Action.

**IT IS SO ORDERED.**

Dated: May 12, 2025  *s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge